IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| THE NORTH RIVER INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONWIDE AGRIBUSINESS INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY, THE CONTINENTAL INSURANCE COMPANY, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 4:19-CV-185-MHC |

## ORDER

The Plaintiff having announced settlement in this case, the Court hereby **DIRECTS** the Clerk to administratively close this case.  The parties shall file a dismissal upon finalization of the settlement documents.  If settlement negotiations fail, the parties should promptly move to reopen the case.[1]

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes.  The parties need only file a motion to reopen the case if settlement negotiations fail.  Administrative closure will not prejudice the rights of the parties to this litigation in any manner.

**IT IS SO ORDERED** this __24th__ day of ___April_____, 2020.

_____
MARK H. COHEN
United States District Judge